AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ Middle District of Florida _____ on the following

✖ Trademarks or ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:14-cv-947-Orl-28TBS | DATE FILED<br>June 18, 2014 | U.S. DISTRICT COURT<br>Middle District of Florida | |
|---|---|---|---|
| PLAINTIFF<br><br>MIGHTY MEN OF GOD, INC. | | DEFENDANT<br><br>WORLD OUTREACH CHURCH OF MURFREESBORO<br>TENNESSEE, INCORPORATED, et al. | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,526,689 | November 4, 2008 | Mighty Men of God, Inc. |
| 2 | 2,899,732 | November 2, 2004 | Mighty Men of God, Inc. |

| CLERK<br><br>SHERYL L. LOESCH | (BY) DEPUTY CLERK<br><br>Ebony J. Sullivan | DATE<br><br>June 18, 2014 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**