**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.                                CASE NO.:  6:14-cv-947-Orl-28TBS

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, Angus Buchan,
Phillip Jackson, and G. Allen Jackson,

      Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

      In accordance with Local Rule 1.04 (c), I certify that the instant action:

__X__  IS               related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

                              *Mighty Men of God, Inc. v. World Outreach Church of Murfreesboro Tennessee, Inc., et al.*; U.S. District Court, Southern District of Florida, Case No. 1:14-cv-20201-UU.

_____  IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

      DATED this 7th day of July, 2014.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF registrants.

**Tucker H. Byrd & Associates, P.A.**
**BYRD TRIAL GROUP**

*s/ Tucker H. Byrd*

**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile:  (407) 392-2286
TByrd@ByrdTrialGroup.com
SMcPherson@ByrdTrialGroup.com


**J. NIXON DANIEL, III**
Florida Bar No. 228761
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
**Beggs & Lane L.L.P.**
P.O. Box 12950
Pensacola, FL 32591-2950
(850) 432-2451
jnd@beggslane.com
jrz@beggslane.com

*Attorneys for Plaintiff*

2