**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.                                                                         CASE NO.:  6:14-cv-947-Orl-28TBS

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, Angus Buchan,
Phillip Jackson, and G. Allen Jackson,

      Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

      Plaintiff, Mighty Men of God, Inc. d/b/a Mighty Men, makes the following Corporate

Disclosure and Disclosure of Interested Parties:

      1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-trade companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

          Mighty Men of God, Inc.
          Dr. Paul D. Freed, President of Mighty Men of God, Inc.
          Dr. Glenn Barkley, Treasurer of Mighty Men of God, Inc.
          Paul Crawford, Secretary of Mighty Men of God, Inc.
          David Freed, Vice President of Mighty Men of God, Inc.
          Hope Ministry
          Tucker H. Byrd, Esquire, Tucker H. Byrd & Associates, P.A.
          Scottie N. McPherson, Tucker H. Byrd & Associates, P.A.
          J. Nixon Daniel, Beggs & Lane RLLP
          John R. Zoesch, Beggs & Lane RLLP

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None.

4.      The name of each victim (individual and corporate) including every person who may be entitled to restitution:

None other than those listed in Paragraph 1.

5.      Check one of the following:

X      a.      I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

        b.      I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

DATED this 7th day of July, 2014.

<u>**&lt;Certificate of Service on Following Page&gt;**</u>

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF registrants.

**Tucker H. Byrd & Associates, P.A.**
**BYRD TRIAL GROUP**

*s/ Tucker H. Byrd*
_____
**Tucker H. Byrd**
Florida Bar No. 381632
**Scottie N. McPherson**
Florida Bar No. 085137
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile:  (407) 392-2286
TByrd@ByrdTrialGroup.com
SMcPherson@ByrdTrialGroup.com


**J. NIXON DANIEL, III**
Florida Bar No. 228761
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
**Beggs & Lane L.L.P.**
P.O. Box 12950
Pensacola, FL 32591-2950
(850) 432-2451
jnd@beggslane.com
jrz@beggslane.com

*Attorneys for Plaintiff*

3