AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| MIGHTY MEN OF GOD, INC., a Florida corporation, d/b/a MIGHTY MEN <br><br> *Plaintiff(s)* <br><br> v. <br><br> WORLD OUTREACH CHURCH OF MURFREESBORO TENNESSEE, INCORPORATED; INTEND MINISTRIES, ANGUS BUCHAN, PHILLIP JACKSON and G. ALLEN JACK <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No. 6:14-cv-947-Orl-28TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  G. Allen Jackson
1921 Highway 99
Murfreesboro, TN 37128-3629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TUCKER H. BYRD
BYRD TRIAL GROUP
Tucker H. Byrd & Associates, P.A.
180 North Park Avenue, Suite 2A
Winter Park, FL 32789
(407) 749-0777

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  7|11|14

Signature of Clerk or Deputy Clerk