**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO:  6:14-cv-00947-CEM-TBS**

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN
PHILLIP JACKSON, and G. ALLEN JACKSON,

      Defendants.

_____/

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO**
**PLAINTIFF'S COMPLAINT**

Defendants' World Outreach Church of Murfreesboro Tennessee, Incorporated, Intend Ministries, Phillip Jackson and G. Allen Jackson hereby file their motion pursuant to the provisions of Fed.R.Civ.Pro. 6(b) for enlargement of time within which to respond to Plaintiff's Complaint and as grounds therefor state as follows:

1.      Plaintiff, Mighty Men of God, Inc., filed suit against the above Defendants in June 2014.

2.      On July 16, 2014 Plaintiff served Defendants G. Allen Jackson, World Outreach Church of Murfreesboro Tennessee, Incorporated and Intend Ministries.  Pursuant to the Rules of Civil Procedure, these Defendants have a response due on August 6, 2014.

3.      On July 24, 2014 Plaintiff served Phillip Jackson which would make his response due on August 14, 2014.  The remaining Defendant Angus Buchan has not been served.

4.      The undersigned, as local counsel for the above-served Defendants, together with the law firm of Taylor, Pigue, Marchetti & Blair, PLLC in Nashville, Tennessee will represent the above-served Defendants.  Motions to admit attorneys from the Taylor, Pigue, Marchetti & Blair firm are being prepared for filing with the Court.

5.      These Defendants need an additional thirty (30) days within which to serve a response to the Complaint.

6.      These Defendants believe that good cause exists to grant this motion because time is needed to gather information to file a motion asserting that this Court lacks personal jurisdiction over these Defendants.  Further, an enlargement of thirty (30) days will not result in any unnecessary prejudice to any party.

7.      Pursuant to U.S. Middle District Local Rule 3.01(g), the undersigned has contacted one of Plaintiff's attorneys, Tucker H. Byrd to confer with opposing counsel in a good faith effort to resolve the issues raised in this motion.  Mr. Byrd has stated that he has no objection to this motion for enlargement of time.

For the foregoing reasons, Defendants request that this court enter its order granting Defendants' motion for enlargement of time to respond to Plaintiff's Complaint.

Respectfully submitted,
**COZEN O'CONNOR**
*Counsel for Defendants*
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-4332
Telephone:  (305) 704-5940
Facsimile:  (305) 704-5955


By     */s/ Richard M. Dunn*
　　　Richard M. Dunn
　　　Fla. Bar. No.: 126953
　　　rdunn@cozen.com
　　　Raquel Fernandez
　　　Fla. Bar. No.: 55069
　　　rfernandez@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served via ECF notification this day on the attached service list.

By:    */s/ Richard M. Dunn*

## SERVICE LIST

Tucker H. Byrd
TByrd@byrdtrialgroup.com,KLargin@byrdtrialgroup.com,SMcPherson@byrdtrialgroup.com

J. Nixon Daniel , III
jnd@beggslane.com,ch@beggslane.com,dlt@beggslane.com

Scottie McPherson
SMcPherson@ByrdTrialGroup.com

John R. Zoesch , III
jrz@beggslane.com,lch@beggslane.com

LEGAL\20063818\1

# EXHIBIT A

**UNITED STATES DISTRICT OURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO:  6:14-cv-00947-CEM-TBS**

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN
PHILLIP JACKSON, and G. ALLEN JACKSON,

      Defendants.

_____/


**ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

      This CAUSE came before the Court upon Defendants World Outreach Church of Murfreesboro Tennessee, Incorporated, Intend Ministries, Phillip Jackson and G. Allen Jackson's Motion for Enlargement of Time within which to respond to Plaintiff's Complaint.  This Court has reviewed the Motion, the file, and noted Plaintiff's agreement to the motion.

      It is **ORDERED AND ADJUDGED** that

1.      The Motion is hereby granted.

2

2.      The Defendants shall have until September 5, 2014 within which to serve a response to the Complaint.

**DONE AND ORDERED** at Orlando, Florida this _____ day of August, 2014.


_____
THOMAS B. SMITH
UNITED STATES DISTRICT JUDGE

3