UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGHTY MEN OF GOD, INC.,

     Plaintiff,

v.                            Case No:   6:14-cv-947-Orl-41TBS

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, INTEND MINISTRIES,
ANGUS BUCHAN, PHILLIP JACKSON
and G. ALLEN JACKSON,

     Defendants.

_____

## ORDER

     Pending before the Court is Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Complaint.   (Doc. 13).   Pursuant to M.D. FLA. R. 3.01(g), counsel for Defendants represents that Plaintiff's attorney has been contacted and has no objection to the requested extension of time.   (Id. ¶ 7).   Upon due consideration, Defendants' motion is **GRANTED**.   Defendants have through September 5, 2014 to answer or otherwise respond to the complaint.

     **DONE** and **ORDERED** in Orlando, Florida on August 7, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

     Counsel of Record
     Unrepresented Parties