# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN
PHILLIP JACKSON, and G. ALLEN JACKSON,

      Defendants.

_____/

CIVIL ACTION FILE NO.
6:14-cv-00947-CEM-TBS

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Richard M. Dunn respectfully moves this court pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida, for L. Gino Marchetti Jr.'s admission to practice *pro hac vice* on behalf of the named defendants in this matter, respectfully showing the court as follows:

1.

L. Gino Marchetti Jr. is duly licensed to practice law in the State of Tennessee and is in good standing in the United States District Court for the Middle District of Tennessee and the Supreme Court of Tennessee. Mr. Marchetti

resides in Tennessee, regularly practices in Tennessee and does not maintain a regular practice in Florida. Mr. Marchetti's good standing in the Middle District of Tennessee is evidenced by the attached certificate of good standing.

2.

L. Gino Marchetti Jr. has reviewed the Local Rules for this court and fully understands and agrees that he will be subject to the disciplinary powers and jurisdiction of the court in the conduct of this litigation.

3.

In accordance with the local rules of this Court, L. Gino Marchetti Jr. has made payment of this Court's special admission fee in the amount of $10.00.

4.

In accordance with the local rules of this Court, L. Gino Marchetti Jr. has filed the Special Admission Attorney Certification.

5.

Movant Richard M. Dunn, Florida Bar No. 126953, of the law firm of Cozen O'Connor, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4410, Miami, FL 33131, (305) 704-5940, is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida, and maintains an office in this State for the practice of law. Movant consents to be

— 2 —

designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

### Certification of Compliance with Local Rule 3.01(a)

Movant Richard M. Dunn certifies that opposing counsel has been notified of this Motion and has no objection for the admission of L. Gino Marchetti Jr. to appear *pro hac vice* in this matter.

**WHEREFORE**, having complied with the requirements of the applicable Local Rules for this court, undersigned local counsel respectfully prays the court that L. Gino Marchetti Jr. be admitted to practice *pro hac vice* in the United States District Court for the Middle District of Florida and be permitted to appear and represent the plaintiff in this civil action.

— 3 —

Dated this 12th day of August, 2014.

Richard M. Dunn
Florida Bar No. 126953
*Attorney for Defendants*

**COZEN O'CONNOR**
Southeast Financial Center
200 South Biscayne Blvd., Suite 4410
Miami, FL 33131
Telephone: (305) 704-5940
Facsimile: (305) 704-5955

— 4 —

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN
PHILLIP JACKSON, and G. ALLEN JACKSON,

      Defendants.

_____/

CIVIL ACTION FILE NO.
6:14-cv-00947-CEM-TBS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* and Special Admission Attorney Certification was served via this Court's Case Management-Electronic Case Filing System, on August 12, 2014, on all counsel or parties of record.

Richard M. Dunn
Florida Bar No. 126953
*Attorney for Defendants*

— 5 —

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

     Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN
PHILLIP JACKSON, and G. ALLEN JACKSON,

     Defendants.

_____/

CIVIL ACTION FILE NO.
6:14-cv-00947-CEM-TBS

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for L. Gino Marchetti Jr. (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Middle District of Florida, and this Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

L. Gino Marchetti Jr. may appear and participate in this action on behalf of Defendants, World Outreach Church Of Murfreesboro Tennessee Incorporated, Intend Ministries, Angus Buchan, Phillip Jackson, and G. Allen Jackson.

LEGAL\20111204\1

**DONE AND ORDERED** in Chambers this ____ day of  August, 2014.

_____

United States District Judge

Copies Furnished to:
All Counsel of Record