UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGHTY MEN OF GOD, INC.,

    Plaintiff,

v.                                                    Case No:   6:14-cv-947-Orl-41TBS

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, INTEND MINISTRIES,
ANGUS BUCHAN, PHILLIP JACKSON
and G. ALLEN JACKSON,

    Defendants.

---

## ORDER

This matter is before the Court on Defendants' Motions for Admission to Practice Pro Hac Vice. (Docs. 15, 16).   The Court finds that attorneys L. gino Marchetti, Jr., and Matthew C. Pietsch meet the requirements of M.D. FLA. R. 2.02(a) and may appear pro hac vice on behalf of Defendants World Outreach Church of Murfreesboro Tennessee, Incorporated, Intend Ministries, Angus Buchan, Phillip Jackson, and G. Allen Jackson. Accordingly,

1.   Both Motions for Admission to Practice Pro Hac Vice are **GRANTED**.   L. Gino Marchetti, Jr. and Matthew C. Pietsch are admitted to appear pro hac vice on behalf of Defendants World Outreach Church of Murfreesboro Tennessee, Incorporated, Intend Ministries, Angus Buchan, Phillip Jackson, and G. Allen Jackson.   Mr. Marchetti and Mr. Pietsch are affiliated with the law firm of Taylor, Pigue, Marchetti & Blair, PLLC, 2908 Poston Avenue, Nashville, Tennessee 37203.

2.   The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").   Within ten (10) days of the date of this Order, Mr. Marchetti and Mr. Pietsch shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate.[1]

3.   Pursuant to the local rules of this district, any attorney appearing in this Court pursuant to M.D. FLA. R. 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."   M.D. FLA. R. 2.02(c).

4.   Attorney Richard M. Dunn, a member of the bar of this Court and a member of the law firm of Cozen O'Connor, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131 has consented to the designation of local counsel.   Mr. Dunn shall accept service of all notices and papers on behalf of Defendants pertaining to this cause of action and is responsible for the progress of this case, including trial, in default of the non-resident attorneys.

ORDERED in Orlando, Florida on August 13, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

---

[1] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information.   The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.

- 2 -