

F I L E
8/14/14
Date

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**SPECIAL ADMISSION**
**ATTORNEY CERTIFICATION**


Or136413

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

Mighty Men of God, Inc.

Plaintiff(s)/Petitioner(s),

v.                                                         CASE NO. 6:14-cv-947

World Outreach Church,
et al.

Defendant(s)/Respondent(s)

I, Matthew C. Pietsch _____ (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Defendants World Outreach Church, Intend (party represented). Ministries, Phillip Jackson and G. Allen Jackson, Angus Buchan

**ATTORNEY INFORMATION**

Firm Name: Taylor, Pigue, Marchetti & Blair, PLLC
Address: 2908 Poston Ave
City: Nashville                          State: TN     Zip: 37203.
Firm/Business Phone: 615.320.3225        Alternate Phone: ___-___-___
Firm/Business Fax: 615.320.3244
E-mail Address: mpietsch @ tpmblaw.com

**ATTORNEY CERTIFICATION**

I certify that:

1.   To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE:** If proceedings ARE pending at this time, please explain on the reverse side of this form.
2.   I am not a resident of the State of Florida.
3.   I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4.   Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Signature                                                 Date 8/6/14

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that **Matthew Christopher Pietsch** was duly admitted to practice in said Court on **February 24, 2009,** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on August 6, 2014.

KEITH THROCKMORTON, CLERK

By: _____

Jeanne W. Cox, Deputy Clerk