## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### CASE NO:  6:14-cv-00947-CEM-TBS

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN
PHILLIP JACKSON, and G. ALLEN JACKSON,

      Defendants.

_____/

---

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court, or administrative agency as indicated below:

     1.     *Mighty Men of God, Inc. v. World Outreach Church of Murfreesboro Tennessee, Inc., et al*; U.S. District Court, Southern District of Florida Case No. 1:14-cv-20201-UU

_____ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

LEGAL\20623062\1

**Respectfully submitted,**

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**
2908 Poston Avenue
Nashville, TN 37203-1312
Telephone:  (615) 320-3225
Facsimile:  (615) 320-3244

L. Gino Marchetti, Jr.
Admitted *Pro Hac Vice*
gmarchetti@tpmblaw.com
Matthew C. Pietsch
Admitted *Pro Hac Vice*
mpietsch@tpmblaw.com

and

**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-4332
Telephone:  (305) 704-5940
Facsimile:  (305) 704-5955

By  /s/ Raquel Fernandez               ___
        Richard M. Dunn
        Fla. Bar. No.: 126953
        rdunn@cozen.com
        Raquel Fernandez
        Fla. Bar. No.: 55069
        rfernandez@cozen.com

        *Counsel for Defendants,* WORLD OUTREACH
        CHURCH OF MURFREESBORO TENNESSEE,
        INCORPORATED, INTEND MINISTRIES,
        PHILLIP JACKSON, and G. ALLEN JACKSON

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2014, I electronically filed the

foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing

document is being served via ECF notification this day on the attached service list.

By:    /s/ Raquel Fernandez

## SERVICE LIST

Tucker H. Byrd
TByrd@byrdtrialgroup.com,KLargin@byrdtrialgroup.com,SMcPherson@byrdtrialgroup.com

J. Nixon Daniel , III
jnd@beggslane.com,ch@beggslane.com,dlt@beggslane.com

Scottie McPherson
SMcPherson@ByrdTrialGroup.com

John R. Zoesch , III
jrz@beggslane.com,lch@beggslane.com

LEGAL\20623062\1