**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO:  6:14-cv-00947-CEM-TBS**

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN
PHILLIP JACKSON, and G. ALLEN JACKSON,

      Defendants.
_____/

_____

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

      Defendants, World Outreach Church of Murfreesboro Tennessee, Incorporated, Intend Ministries, Phillip Jackson, and G. Allen Jackson hereby file this Certificate of Interested Persons and Corporate Disclosure Statement and state as follows:

      I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.    The name of each person, attorney, association of persons, firms, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of the party's stock, and all other identifiable legal entities related to any party in the case:

LEGAL\20623473\1

2

        Cozen O'Connor

        Richard M. Dunn Esq.

        Raquel M. Fernandez, Esq.

        Intend Ministries

        G. Allen Jackson

        Phillip Jackson

        L. Gino Marchetti, Jr., Esq.

        Matthew C. Pietsch, Esq.

        Taylor, Pigue Marchetti & Blair, PLLC

.      World Outreach Church of Murfreesboro Tennessee, Incorporated

2.     The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

     None.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors committee the 20 largest unsecured creditors twenty largest unsecured creditors):

     None.

4.     The name of each victim (individual and corporate), including every person who may be entitled to restitution:

     Other than allegedly the Plaintiff (Defendants deny this is the case), none.

2

5.    Check one of the following:

**X**    a.    I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

b.    I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Jude as follows: (explain).

DATED this 3rd day of September, 2014.

Respectfully submitted,

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**
2908 Poston Avenue
Nashville, TN 37203-1312
Telephone:  (615) 320-3225
Facsimile:  (615) 320-3244
L. Gino Marchetti, Jr.
Admitted *Pro Hac Vice*
gmarchetti@tpmblaw.com
Matthew C. Pietsch
Admitted *Pro Hac Vice*
mpietsch@tpmblaw.com
and
**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-4332
Telephone:  (305) 704-5940
Facsimile:  (305) 704-5955

By  /s/ Raquel Fernandez          ___
       Richard M. Dunn
       Fla. Bar. No.: 126953
       rdunn@cozen.com
       Raquel Fernandez
       Fla. Bar. No.: 55069
       rfernandez@cozen.com
       *Counsel for Defendants,* WORLD OUTREACH
       CHURCH OF MURFREESBORO TENNESSEE,
       INCORPORATED, INTEND MINISTRIES,
       PHILLIP JACKSON, and G. ALLEN JACKSON

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served via ECF notification this day on the attached service list.

By:    /s/ Raquel Fernandez

## SERVICE LIST

Tucker H. Byrd
TByrd@byrdtrialgroup.com,KLargin@byrdtrialgroup.com,SMcPherson@byrdtrialgroup.com

J. Nixon Daniel , III
jnd@beggslane.com,ch@beggslane.com,dlt@beggslane.com

Scottie McPherson
SMcPherson@ByrdTrialGroup.com

John R. Zoesch , III
jrz@beggslane.com,lch@beggslane.com

4

LEGAL\20623473\1