**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

**CASE NO:  6:14-cv-00947-CEM-TBS**

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN
PHILLIP JACKSON, and G. ALLEN JACKSON,

      Defendants.
_____/

**NOTICE OF FILING DECLARATIONS
IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants, World Outreach Church of Murfreesboro Tennessee, Incorporated, Intend Ministries, G. Allen Jackson and Phillip Jackson (collectively "Defendants") hereby give notice of filing: (1) the Declaration of G. Allen Jackson attached hereto as Exhibit A; and (2) the Declaration of Phillip A. Jackson attached hereto as Exhibit B.  These Declarations are filed in support of Defendants' contemporaneously filed Motion to Dismiss for Lack of Personal Jurisdiction.

LEGAL\20637761\1

**Respectfully submitted,**

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**
2908 Poston Avenue
Nashville, TN 37203-1312
Telephone:  (615) 320-3225
Facsimile:  (615) 320-3244

By ____*s/ L. Gino. Marchetti, Jr.*_____
      L. Gino Marchetti, Jr.
      Tn. Bar. No.: 005562
      Admitted *Pro Hac Vice*
      gmarchetti@tpmblaw.com
      Matthew C. Pietsch
      Tn. Bar No.: 024659
      Admitted *Pro Hac Vice*
      mpietsch@tpmblaw.com

and

**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-4332
Telephone:  (305) 704-5940
Facsimile:  (305) 704-5955

By ____/s/ Raquel Fernandez_____
      Richard M. Dunn
      Fla. Bar. No.: 126953
      rdunn@cozen.com
      Raquel Fernandez
      Fla. Bar. No.: 55069
      rfernandez@cozen.com

      *Counsel for Defendants,* WORLD OUTREACH
      CHURCH OF MURFREESBORO TENNESSEE,
      INCORPORATED, INTEND MINISTRIES,
      PHILLIP JACKSON, and G. ALLEN JACKSON

2

LEGAL\20637761\1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2014, I electronically filed the

foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing

document is being served via ECF notification this day on the attached service list.

By:    /s/ Raquel Fernandez         

## SERVICE LIST

Tucker H. Byrd
TByrd@byrdtrialgroup.com,KLargin@byrdtrialgroup.com,SMcPherson@byrdtrialgroup.com

J. Nixon Daniel , III
jnd@beggslane.com,ch@beggslane.com,dlt@beggslane.com

Scottie McPherson
SMcPherson@ByrdTrialGroup.com

John R. Zoesch , III
jrz@beggslane.com,lch@beggslane.com

3