# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CASE NO:  6:14-cv-00947-Orl-41-TBS

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN
PHILLIP JACKSON, and G. ALLEN JACKSON,

      Defendants.

_____/

## AGREED MOTION FOR LEAVE TO CONDUCT
## TELEPHONIC CASE MANAGEMENT MEETING

Defendants, World Outreach Church of Murfreesboro Tennessee, Incorporated, Intend Ministries, G. Allen Jackson and Phillip Jackson (collectively "Defendants") hereby file this agreed motion for leave to conduct telephonic case management meeting.  As grounds, Defendants state as follows:

1.     This Court's Related Case Order and Track Two Notice provides, *inter alia,* that counsel "shall meet within 60 days after service of the complaint on any defendant for the purposed of preparing and filing a Case Management Report."

2.     The parties have discussed their obligation to timely prepare a joint Case Management Report and have begun the process of doing so.

LEGAL\20668522\1

3.     Because lead counsel for Defendants is located in Tennessee (as are Defendants), counsel for Plaintiff are located in different cities, and due to the press of other business, it would be difficult for all of the relevant participants to travel in order to meet *in person* for purposes of finalizing the Case Management Report.

4.     Middle District Local Rule 3.01(i) provides: "The use of telephone hearings and conferences is encouraged, whenever possible, particularly when counsel are in different cities."

5.     Accordingly, Defendants respectfully request that this Court allow the required meeting of the parties for purposes of preparing and filing the Case Management Report to take place telephonically.

6.     Counsel for Plaintiff is in agreement with the relief requested by this Motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting this motion and providing that the required meeting pursuant to Local Rule 3.05(c)(2)(B) for purposes of preparing and filing the Case Management Report may take place telephonically, together with such other and further relief as the Court deems necessary and appropriate.

**Respectfully submitted,**

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**
2908 Poston Avenue
Nashville, TN 37203-1312
Telephone:  (615) 320-3225
Facsimile:  (615) 320-3244

L. Gino Marchetti, Jr.
Admitted *Pro Hac Vice*
gmarchetti@tpmblaw.com
Matthew C. Pietsch
Admitted *Pro Hac Vice*
mpietsch@tpmblaw.com

and

2

**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-4332
Telephone:  (305) 704-5940
Facsimile:  (305) 704-5955

By  /s/ Raquel Fernandez _____ ___
      Richard M. Dunn
      Fla. Bar. No.: 126953
      rdunn@cozen.com
      Raquel Fernandez
      Fla. Bar. No.: 55069
      rfernandez@cozen.com

      *Counsel for Defendants,* WORLD OUTREACH
      CHURCH OF MURFREESBORO TENNESSEE,
      INCORPORATED, INTEND MINISTRIES,
      PHILLIP JACKSON, and G. ALLEN JACKSON

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th  day of September, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served via ECF notification this day on the attached service list.

By: ____/s/ Raquel Fernandez

## SERVICE LIST

Tucker H. Byrd
TByrd@byrdtrialgroup.com,KLargin@byrdtrialgroup.com,SMcPherson@byrdtrialgroup.com

J. Nixon Daniel , III
jnd@beggslane.com,ch@beggslane.com,dlt@beggslane.com

Scottie McPherson
SMcPherson@ByrdTrialGroup.com

John R. Zoesch , III
jrz@beggslane.com,lch@beggslane.com

3

LEGAL\20668522\1