UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGHTY MEN OF GOD, INC.,

     Plaintiff,

v.                               Case No:   6:14-cv-947-Orl-41TBS

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, INTEND MINISTRIES,
ANGUS BUCHAN, PHILLIP JACKSON
and G. ALLEN JACKSON,

     Defendants.

_____

## ORDER

     Pending before the Court is Defendants' Agreed Motion for Leave to Conduct Telephonic Case Management Meeting.   (Doc. 24).   Pursuant to M.D. FLA. R. 3.01(g), counsel for Defendants represents that Plaintiff's attorney has been contacted and that he does not oppose the requested relief.   (Id.)   Upon due consideration, the court **GRANTS** the motion.   Counsel for the parties are authorized to conduct the case management conference by telephone.

     **DONE** and **ORDERED** in Orlando, Florida on September 11, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record