## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.                                                                    CASE NO.:    6:14-cv-947-Orl-28TBS

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, Angus Buchan,
Phillip Jackson, and G. Allen Jackson,

      Defendants.

_____/

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Mighty Men of God, Inc., d/b/a Mighty Men, moves for enlargement of time of the deadline to file its response to the Motion to Dismiss filed by Defendants World Outreach Church of Murfreesboro Tennessee, Inc., Intend Ministries, Phillip Jackson, and G. Allen Jackson.[1]  Defendants filed their Motion to Dismiss based on personal jurisdiction on September 5, 2014.  Currently, Plaintiff's response is due on Friday, September 19, 2014.

Plaintiff respectfully requests that the Court grant this motion and enlarge the amount of time permitted for Plaintiff to file its response.  In the parties' joint Case Management Report, the parties proposed a plan to allow for two months of discovery limited solely to jurisdictional issues and agreed that Plaintiff's response to Defendants' Motion to Dismiss should be due two weeks after the close of jurisdictional discovery, which would be on or before December 1, 2014.  Therefore, consistent with this proposed plan, Plaintiff requests an enlargement of time to

---

[1] Defendant Angus Buchan has not yet been served with Plaintiff's Complaint.  To the best of Plaintiff's knowledge, Defendant Buchan resides outside of the United States.

file its response on or before December 1, 2014,  or such other date as the Court establishes in its

case management order.

Respectfully submitted this 19th day of September, 2014,


/s/ Tucker H. Byrd
**TUCKER H. BYRD**
Florida Bar No. 381632
**BYRD TRIAL GROUP**
**Tucker H. Byrd & Associates, P.A.**
180 North Park Avenue, Suite 2A
Winter Park, FL 32789
(407) 749-0777
TByrd@ByrdTrialGroup.com


/s/ John R. Zoesch III
**J. NIXON DANIEL, III**
Florida Bar No. 228761
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
**Beggs & Lane R.L.L.P.**
P.O. Box 12950
Pensacola, FL 32591-2950
(850) 432-2451
jnd@beggslane.com
jrz@beggslane.com

Attorneys for Plaintiff

2

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)</u>

I hereby certify that undersigned counsel, John R. Zoesch III, has conferred with counsel for Defendants, L. Gino Marchetti, Jr., via e-mail, and that counsel for Defendants agrees to the relief requested in this motion.

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
jrz@beggslane.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served via ECF notification this day on the attached service list.

/s/ John R. Zoesch III
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
jrz@beggslane.com

L. Gino Marchetti, Jr.
Matthew C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203-1312
Telephone: (615) 320-3225
Facsimile: (615) 320-3244
gmarchetti@tpmblaw.com
mpietsch@tpmblaw.com

Richard M. Dunn
Raquel Fernandez
Cozen O'Connor
200 South Biscayne Boulevard, Suite 4410
Miami, Florida 33131-4332
Telephone: (305) 704-5940
Facsimile: (305) 704-5955
rdunn@cozen.com
rfernandez@cozen.com

Attorneys for Defendants