UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIGHTY MEN OF GOD, INC.,**

          **Plaintiff,**

**v.**                                         **Case No:  6:14-cv-947-Orl-41TBS**

**WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, INTEND
MINISTRIES, ANGUS BUCHAN,
PHILLIP JACKSON and G. ALLEN
JACKSON,**

          **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Plaintiff's, Might Men of God, Inc., Motion for Enlargement of Time (the "Motion") filed on September 19, 2014. (Doc. 26). Therein, the Plaintiff requests that this Court extend the deadline for filing a Response to the Defendants' Motion to Dismiss[1] (Doc. 22), which was filed on September 5, 2014. According to the Plaintiff, this Court should extend the deadline to allow the parties to conduct "discovery limited solely to jurisdictional issues." (Mot. Enlargement of Time at 1).

Local Rule 3.01(g) requires that a moving party "shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." Notably, the Plaintiff failed to include such a certification in its Motion. More significantly, the Plaintiff filed its Motion on the same

---

[1] The Defendants that moved to dismiss include: World Outreach Church of Murfreesboro, Tennessee, Inc.; Intend Ministries; Phillip Jackson; and G. Allen Jackson. (Mot. Dismiss at 1).

day that its Response was due. To ensure the proper substantive resolution of the Defendants' Motion to Dismiss, the Court will grant the Plaintiff's Motion. **However, Plaintiff's counsel is hereby on notice that a continued failure to comply with the local rules or mandatory deadlines absent good cause will be met with more than a simple written admonition.**

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Plaintiff's Motion for Enlargement of Time (Doc. 26) filed on September 19, 2014 is **GRANTED**.

2. The Plaintiff shall file its Response to the Defendants' Motion to Dismiss (Doc. 22) on or before **December 1, 2014**.

**DONE** and **ORDERED** in Orlando, Florida on September 23, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record