IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

<div style="border:1px solid black; float:right;">EXHIBIT A</div>

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

    Plaintiff,

v.

                        CASE NO.: 6:14-cv-947-Orl-28TBS

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, Angus Buchan,
Phillip Jackson, and G. Allen Jackson,

    Defendants.

_____/

## DECLARATION OF ATTORNEY TUCKER H. BYRD

The undersigned, Tucker H. Byrd, declares under 28 U.S.C. § 1746, as follows:

1.      I am an attorney with the law firm of Tucker H. Byrd & Associates, P.A. (Byrd Trial Group), which represents the Plaintiff in the above-referenced matter.

2.      Plaintiff served Defendants jurisdictional discovery in the form of a Request for Production attached hereto as **"Exhibit 1."**

3.      Defendants' Responses to Plaintiff's First Set of Request for Production of Documents is attached hereto as **"Exhibit 2."**

4.      For the most part, Defendants objected to almost every request, except information pertaining to sales data. Defendants provided no information relating to the marketing, advertising, and promotion of the offending marks.

5.      In an effort to obtain basic information concerning Defendants' marketing, advertising, and promotion of the offending marks using the internet, which information should

have been provided in response to Plaintiff's request for production, the undersigned exchanged email correspondence with Defendants' counsel attached hereto as **"Exhibit 3."** Although some additional information was provided concerning Defendants' internet utilization, Defendants have failed to produce material information to which Plaintiff is entitled.

6.    Plaintiff anticipates filing a Motion to Compel discovery seeking the information request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of December, 2014, in Orange County, Florida.

**Tucker H. Byrd**
Florida Bar No. 381632
**Byrd Trial Group**
**Tucker H. Byrd & Associates, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
TByrd@ByrdTrialGroup.com