EXHIBIT 3

| | |
|---|---|
| **From:** | Matt Pietsch <mpietsch@tpmblaw.com> |
| **Sent:** | Friday, November 28, 2014 10:51 AM |
| **To:** | Tucker Byrd; Heather Cohen; Kim Largin; Scottie N. McPherson; jnd@beggslane.com; jrz@beggslane.com; ch@beggslane.com; dlt@beggslane.com; rdunn@cozen.com; rfernandez@cozen.com |
| **Cc:** | Lorinda Halstead; Deborah Lancaster; Gino Marchetti |
| **Subject:** | RE: World Outreach Church; Mighty Men vs. |

Counsel:

Following our most recent email exchange, we received the following supplemental information:

The Defendants did not do any direct mailings of promotional literature or information about "Mighty Men" conferences and/or related services/products to Florida addresses.

As for email lists, WOC and Intend have a "Constant Contact" database for email communications. WOC has 6 identifiable Florida addresses on its Constant Contact list and Intend has 9. The 6 that are on the WOC list are also on the Intend list, making a combined total of only 9 individuals on either email database with an identifiable Florida address.

All websites/pages displaying the "Mighty Men" mark have been taken down and/or the Mighty Men promotional pieces have been removed.

Samples of promotional literature or information wherein the "Mighty Men" mark has been used were attached as an exhibit to Plaintiff's first lawsuit.

With respect to social media sites, these sites are down but the "Mighty Men Conference USA" graphic would have been used. The social media sites were:

  a.  Facebook and Instagram:  mightymenusa
  b.  Twitter: MightyMenUSA
  c.  Linked In: Mighty-Men-Conference-USA-6503986
  d.  Pinterest: Mighty-Men-Conference
  e.  Facebook graphics said: mightymenusa.org
  f.  YouTube and Vimeo – hosted promotional videos

As for social media management analytical reports, the following corresponds to the 2 largest accounts – Facebook and Twitter:

For WOC Facebook:  WOC currently has 12,756 followers – none of which are from Florida.
For Intend Facebook:  Intend currently has 535 followers – only 8 of which are from Florida.

As social media user comments from Florida addresses, as well usage data showing numbers of hits, clicks, downloads and "like requests" on social media, Defendants have no way to extract this type of information other than by means of an incredibly burdensome manual search.

Defendants did not have any targeted SEO strategies for Florida.

1

All records for transactions (sales, tickets, etc.) involving addresses in Florida have been provided.

Defendants are not aware of any web communications between to Florida addresses referencing "Mighty Men".

MATTHEW C. PIETSCH
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203-1312
(615) 320-3225
Fax (615) 320-3244
mpietsch@tpmblaw.com

**CONFIDENTIALITY NOTICE & DISCLAIMER**
The information contained in this e-mail message is legally privileged and confidential and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Also, please advise us immediately if you or your employer does not consent to receipt of Internet e-mail for confidential messages of this kind. Pursuant to Circular 230 issued by the United States Treasury Department and relating to practice before the Internal Revenue Service, any comment or opinion in this communication relating to a federal tax issue is not intended to be used, and cannot be used, by a taxpayer for the purpose of avoiding tax-related penalties that may be imposed on the taxpayer.

**From:** Tucker Byrd [mailto:tbyrd@ByrdTrialGroup.com]
**Sent:** Wednesday, November 26, 2014 10:50 AM
**To:** Matt Pietsch; Heather Cohen; Kim Largin; Scottie N. McPherson; jnd@beggslane.com; jrz@beggslane.com; ch@beggslane.com; dlt@beggslane.com; rdunn@cozen.com; rfernandez@cozen.com
**Cc:** Lorinda Halstead; Deborah Lancaster; Gino Marchetti
**Subject:** RE: World Outreach Church; Mighty Men vs.

We are moving to compel and for an extension then.   I'm very disappointed.  At least we know we've entirely left the realm of the spiritual world to the secular world.

Kind Regards,

*Tucker*

Tucker H. Byrd, Esq.
**BYRD TRIAL GROUP**
Tucker H. Byrd & Associates, P.A.
180 Park Avenue North, Suite 2A
Winter Park, FL  32789

407-392-2285 Phone
407-749-0777 Direct
407-760-8777 Cell
407-392-2286 Fax

TByrd@ByrdTrialGroup.com

This e-mail message and all attachments transmitted with it may contain LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please return to sender and delete this message and all copies and backups thereof.

**From:** Matt Pietsch [mailto:mpietsch@tpmblaw.com]
**Sent:** Wednesday, November 26, 2014 11:34 AM
**To:** Tucker Byrd; Heather Cohen; Kim Largin; Scottie N. McPherson; jnd@beggslane.com; jrz@beggslane.com; ch@beggslane.com; dlt@beggslane.com; rdunn@cozen.com; rfernandez@cozen.com
**Cc:** Lorinda Halstead; Deborah Lancaster; Gino Marchetti
**Subject:** RE: World Outreach Church; Mighty Men vs.

Tucker:

As Gino communicated at the end of last week, we cannot agree to more extensions. The Defendants have timely and properly responded to the written requests for production of documents as drafted by the Plaintiff. To the extent that those requests exceeded the limited scope of the issue of personal jurisdiction, the Defendants timely asserted their objections. In addition, we immediately provided the documents as soon as Plaintiff signed the confidentiality agreement, which had been provided, along with the discovery responses, on November 10th.

As for the information Plaintiff informally requested last week, our folks have been and continue to look at that issue, but we do not know to what extent such information can be reasonably ascertained. If any additional information becomes available, we will of course let you know promptly. That being said, and as we noted last week, internet usage alone is not relevant to the issue of minimum contacts or purposeful availment, absent interactive elements or commercial activity. As you know, among the documents we have provided include the documents pertaining to the limited internet sales in Florida.

Again, the Defendants have timely and appropriately responded to the written discovery Plaintiff chose to send and we do not have any supplemental information at this time and are not authorized to agree to another extension.


MATTHEW C. PIETSCH
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203-1312
(615) 320-3225
Fax (615) 320-3244
mpietsch@tpmblaw.com

**CONFIDENTIALITY NOTICE & DISCLAIMER**
The information contained in this e-mail message is legally privileged and confidential and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Also, please advise us immediately if you or your employer does not consent to receipt of Internet e-mail for confidential messages of this kind. Pursuant to Circular 230 issued by the United States Treasury Department and relating to practice before the Internal Revenue Service, any comment or opinion in this communication relating to a federal tax issue is not intended to be used, and cannot be used, by a taxpayer for the purpose of avoiding tax-related penalties that may be imposed on the taxpayer.


**From:** Tucker Byrd [mailto:tbyrd@ByrdTrialGroup.com]
**Sent:** Tuesday, November 25, 2014 4:25 PM
**To:** Matt Pietsch; Heather Cohen; Kim Largin; Scottie N. McPherson; jnd@beggslane.com; jrz@beggslane.com; ch@beggslane.com; dlt@beggslane.com; rdunn@cozen.com
**Cc:** Lorinda Halstead; Deborah Lancaster; Gino Marchetti; Scottie N. McPherson
**Subject:** RE: World Outreach Church; Mighty Men vs.

3

Matt:

The disk just arrived.  Obviously we wanted to see the sales figures, but the other information we requested, including, without limitation, the  internet usage figures, are equally important, if not more so.

At this point with jurisdictional discovery still in the "thicket," as I mentioned earlier, are you willing to consent to an enlargement of the time to complete jurisdictional discovery and our response to the Motion to Dismiss?

Kind Regards,

*Tucker*

Tucker H. Byrd, Esq.
**BYRD TRIAL GROUP**
Tucker H. Byrd & Associates, P.A.
180 Park Avenue North, Suite 2A
Winter Park, FL  32789

407-392-2285 Phone
407-749-0777 Direct
407-760-8777 Cell
407-392-2286 Fax

TByrd@ByrdTrialGroup.com

This e-mail message and all attachments transmitted with it may contain LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited.  If you have received this message in error, please return to sender and delete this message and all copies and backups thereof.

**From:** Matt Pietsch [mailto:mpietsch@tpmblaw.com]
**Sent:** Tuesday, November 25, 2014 10:39 AM
**To:** Tucker Byrd; Heather Cohen; Kim Largin; Scottie N. McPherson; jnd@beggslane.com; jrz@beggslane.com; ch@beggslane.com; dlt@beggslane.com; rdunn@cozen.com
**Cc:** Lorinda Halstead; Deborah Lancaster; Gino Marchetti
**Subject:** RE: World Outreach Church; Mighty Men vs.

Tucker:

The documents contained in the disc that should arrive today are the documents referenced in Defendants' responses to Plaintiff's RFPDs.

As reflected in the spreadsheets and supporting documents contained therein, and subject to the confidentiality agreement:

Sales from the State of Florida made up 0.00065171 of the combined total sales.  The figure referenced in the Motion to Dismiss contains a % mark that is in error.

0.087503398 of total sales took place over the internet (which would equate to 8.75%).  The 7% figure referenced in the Motion to Dismiss was in error.

4

As for the information Plaintiff requested last week, we do not yet have any further information than what we provided at the end of last week at this time. I will follow up on that.

MATTHEW C. PIETSCH
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203-1312
(615) 320-3225
Fax (615) 320-3244
mpietsch@tpmblaw.com

**CONFIDENTIALITY NOTICE & DISCLAIMER**
The information contained in this e-mail message is legally privileged and confidential and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Also, please advise us immediately if you or your employer does not consent to receipt of Internet e-mail for confidential messages of this kind. Pursuant to Circular 230 issued by the United States Treasury Department and relating to practice before the Internal Revenue Service, any comment or opinion in this communication relating to a federal tax issue is not intended to be used, and cannot be used, by a taxpayer for the purpose of avoiding tax-related penalties that may be imposed on the taxpayer.

**From:** Tucker Byrd [mailto:tbyrd@ByrdTrialGroup.com]
**Sent:** Monday, November 24, 2014 5:17 PM
**To:** Heather Cohen; Kim Largin; Scottie N. McPherson; jnd@beggslane.com; jrz@beggslane.com; ch@beggslane.com; dlt@beggslane.com; rdunn@cozen.com
**Cc:** Matt Pietsch; Lorinda Halstead; Deborah Lancaster
**Subject:** RE: World Outreach Church; Mighty Men vs.

Thank you.

Can someone let me know your position about responding to our specific requests about internet usage, etc.? Or is that information contained on the disk we are to receive?

Kind Regards,

Tucker

Tucker H. Byrd, Esq.
**BYRD TRIAL GROUP**
Tucker H. Byrd & Associates, P.A.
180 Park Avenue North, Suite 2A
Winter Park, FL 32789

407-392-2285 Phone
407-749-0777 Direct
407-760-8777 Cell
407-392-2286 Fax

TByrd@ByrdTrialGroup.com

This e-mail message and all attachments transmitted with it may contain LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading,

dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please return to sender and delete this message and all copies and backups thereof.

**From:** Heather Cohen [mailto:hcohen@tpmblaw.com]
**Sent:** Monday, November 24, 2014 6:12 PM
**To:** Tucker Byrd; Kim Largin; Scottie N. McPherson; jnd@beggslane.com; jrz@beggslane.com; ch@beggslane.com; dlt@beggslane.com; rdunn@cozen.com
**Cc:** Matt Pietsch; Lorinda Halstead; Deborah Lancaster
**Subject:** World Outreach Church; Mighty Men vs.

Mr. Byrd:

A disk containing the documents being produced pursuant to the confidentiality agreement entered into by the parties, has been forwarded to you via overnight/U.S. Mail. Please let me know if I can be of further assistance. Thank you.

HEATHER MICHELE COHEN, PARALEGAL
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203-1312
(615) 320-3225
Fax (615) 320-3244
hcohen@tpmblaw.com

**CONFIDENTIALITY NOTICE & DISCLAIMER**

The information contained in this e-mail message is legally privileged and confidential and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Also, please advise us immediately if you or your employer does not consent to receipt of Internet e-mail for confidential messages of this kind. Pursuant to Circular 230 issued by the United States Treasury Department and relating to practice before the Internal Revenue Service, any comment or opinion in this communication relating to a federal tax issue is not intended to be used, and cannot be used, by a taxpayer for the purpose of avoiding tax-related penalties that may be imposed on the taxpayer.