**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| | EXHIBIT B |

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

    Plaintiff,

v.                                             CASE NO.: 6:14-cv-947-Orl-28TBS

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, Angus Buchan,
Phillip Jackson, and G. Allen Jackson,

    Defendants.
_____/

**DECLARATION OF DR. PAUL DAVID FREED IN**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The undersigned, Dr. Paul David Freed, declares under 28 U.S.C. § 1746, as follows:

1.    My name is Dr. Paul David Freed, and I am over the age of 18 years.

2.    I am the President and Founder of Might Men of God, Inc. ("MMOG").

3.    I obtained my doctorate in theological studies and pursued other graduate work through Dallas Theological Seminary, Homestead college of Bible, Oxford Graduate School, and Oxford University.

4.    As the head of MMOG, I have personal knowledge with the reach of our ministry both before the Defendants began infringing upon our trademark, and the impact of their infringement.

5.    MMOG owns two (2) trademarks related to this action which are registered with the U.S. Patent and Trademark office:

a. U.S. Trademark Registration No. 3,526,698 for the mark "Mighty Men of God"; and

b. U.S. Trademark Registration No. 2,899,723 for the mark "Mighty Men."

6. MMOG has used the marks in the United States continuously and without interruption since at least as early as October 30, 2002.

7. MMOG centers its business operations in Orlando, Florida. MMOG always contracts with churches nationally out of its office in Orlando, Florida. MMOG uses its website, phone number, fax number, emails and office address all located in Orlando, Florida for these Conference Contracts.

8. Since Defendants began promoting their fellowship program under the identical name "Mighty Men," widespread confusion has occurred relating to MMOG's organization based in Florida.

9. Historically, MMOG has held 145 Mighty Men conferences in 17 States, including Tennessee where the Defendants are located. Almost without exception MMOG has run into confusion about whether MMOG is the same as, or affiliated with, the "Mighty Men" group out of Tennessee (Defendants). So pervasive has been the confusion wrought by Defendants' use of MMOG's trademark, that the confusion has been most notable in Tennessee and Florida, where MMOG had previously held 13 conferences in Tennessee (including two in Middle Tennessee) and 13 conferences in the State of Florida.

10. I have attached as **"Exhibit 1"** a Timeline of these infringements and problems that Defendants have created. The timeline runs in reverse chronological order starting with what is happening currently as of today (Dec. 1, 2014), and back to when MMOG held conferences in Florida and Tennessee. Videos and web pages referenced in the time, which were captured

through the internet here in Florida, are referenced in the timeline, and are readily accessible with a simple internet search.

11.    I have personally witnessed and been exposed to numerous examples of confusion expressed by persons and churches whether and how MMOG and Defendants are affiliated. For example:

   a. The pastor at First Baptist in Windermere, Florida expressed confusion about who Defendants were after seeing their online promotions;

   b. Several people on Defendants' email list, including myself, received promotional ads for "Mighty Men Conferences"; and

   c. The Georgia Baptist Convention, which is the largest Baptist convention, through its Men's Ministry specialist, expressed concerns that a number of Baptist State Conventions thought that MMOG and Defendants were affiliated. Between the Georgia Convention (4,000 churches) and the Florida Convention (3,200 churches), I was warned that the churches would "pull away from me" if there was "any connection" with the Defendants.

12.    The economic impact on MMOG has been immediate and financially crippling. MMOG's conference business has dropped from an average of 20 conferences a year, to only 9 conferences for 2014. Only 6 are scheduled for 2015 thus far.  MMOG's funds received from sales and contributions has declined from approximately $150,000.00 a year to now approximately $80,000.00 a year. The estimated income for 2014 is $78,000.00.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of December, 2014 in Orange County, Florida.

Dr. Paul David Freed