EXHIBIT 1

## TIMELINE OF EVENTS IN "MIGHTY MEN VS WOC"

**As of Dec. 1, 2014**

**"WOC/MM USA" is World Outreach Church / Mighty Men USA, Murfreesboro, TN**

**"MMOG" is Mighty Men Of God and Mighty Men, Orlando, FL**

| DATE | ORGANIZATION | EVENT |
|---|---|---|
| Dec. 1, 2014 | WOC/MM USA | AngusBuchan.co.za refers to "MMC USA" conferences |
| Dec. 1, 2014 | WOC/MM USA | Amazon selling *Mighty Men Journey* by Angus Buchan |
| Dec. 1, 2014 | WOC/MM USA | CharismaNews.com showing article about MM USA http://www.charismanews.com/opinion/44373-the-surprising-key-to-successful-men-s-ministry |
| Dec. 1, 2014 | WOC/MM USA | ChristianPost.com showing article about MM USA http://www.christianpost.com/news/mens-ministry-is-back-a-surprising-interview-with-g-allen-jackson-121602/ |
| Dec. 1, 2014 | WOC/MM USA | God.TV (based in FL) articles and videos referring to Angus Buchan's Mighty Men events |
| Dec. 1, 2014 | WOC/MM USA | Vimeo.com showing Mighty Men USA trailer http://vimeo.com/78927566 And video from conference http://vimeo.com/79842322 |
| Dec. 1, 2014 | WOC/MM USA | YouTube.com showing promotion for conference https://www.youtube.com/watch?v=YpNIExjbatM https://www.youtube.com/watch?v=L0MQ1VuU0og |
| Dec. 1, 2014 | WOC/MM USA | CBN.com showing news from conference http://www.cbn.com/cbnnews/us/2013/May/Tenn-Arena-Packed-for-Historic-Mighty-Men-Conference/ |
| Dec. 1, 2014 | WOC/MM USA | Ticketmaster holding catalog spot for future Mighty Men USA Conference tickets |
| Dec. 1, 2014-Apr. 2013 | MMOG | Multiple Churches in TN will not take calls from MMOG, Orlando FL |
| Dec. 1, 2014-Apr. 2013 | MMOG | Multiple Churches and individuals in FL confused about the TWO "Mighty Men" |

| | | |
|---|---|---|
| Before Sep. 21, 2014 | WOC/MM USA | Website changes: mightymenusa.org removed; mightymenusa Facebook page removed; 11/23 conference renamed |
| Before July 30, 2014 | WOC/MM USA | Website changes: mightymenusa.org removes mention of "Mighty Men"; wochurch.org removes mention of article; intendresources.com stops offering MM USA DVDs; wochurchstore.org renames "Mighty Men" recordings |
| July 16, 2014 | WOC/MM USA | Complaint papers served on WOC, Jacksons, Intend |
| June 20, 2014 | WOC/MM USA | Charisma News republishes article about MM USA |
| June 16, 2014 | WOC/MM USA | Christian Post publishes article about MM USA, mentions "Mighty Men" Conference Nov. 23, 2014 |
| Jan. 1, 2014 | WOC/MM USA | FL resident ordered and received "Mighty Men USA" DVD from Intend Ministries |
| Nov. 12, 2013 | WOC/MM USA | FL Baptist pastor confused by promotion of "Mighty Men" conference, thought it was MMOG |
| Nov. 11, 2013 | WOC/MM USA | "Mighty Men USA" Conference at Bridgestone Arena, Nashville TN, 15,000 attendance |
| Nov. 6, 2013 | WOC/MM USA | FL resident confused by notification of "Mighty Men Conference," thinking it was with MMOG when it was instead by WOC |
| Nov. 1, 2013 | WOC/MM USA | BridgestoneArena.com selling tickets to 11/17 conference |
| May 3, 2013 | WOC/MM USA | "Mighty Men USA" Conference at Murphy Center, Murfreesboro TN, 10,000 attendance |
| Jan 18, 2013 | MMOG | Conference in Cookeville TN |
| Jan 20, 2013 | MMOG | Conference in Pulaski TN |
| Sep. 24, 2011 | MMOG | Conference in Greenville TN |
| May 7, 2010 | MMOG | Conference in **MURFREESBORO** TN |
| Apr. 4, 2008 | MMOG | Conference in Nashville TN |
| Mar. 23, 2007 | MMOG | Conference in Old Hickory TN |
| Aug. 18, 2006 | MMOG | Conference in Knoxville TN |
| May 5, 2006 | MMOG | Conference in **MURFREESBORO** TN |

| | | |
|---|---|---|
| Feb. 24, 2006 | MMOG | Conference in Martin TN |
| Nov. 11, 2005 | MMOG | Conference in Morristown TN |
| Jan. 28, 2005 | MMOG | Conference in Athens TN |
| Sep. 26, 2004 | MMOG | Conference in Clarksville TN |
| Feb. 27, 2004 | MMOG | Conference in Athens TN |