**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

      Plaintiff,

v.                                                                    CASE NO.:    6:14-cv-947-Orl-28TBS

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, Angus Buchan,
Phillip Jackson, and G. Allen Jackson,

      Defendants.

_____/

**PLAINTIFF'S ANSWER TO COUNTERCLAIM**

Plaintiff, Mighty Men of God, Inc. d/b/a Mighty Men, answers the Counterclaim of

Defendants, World Outreach Church of Murfreesboro Tennessee, Incorporated, d/b/a

www.mightymenusa.org, d/b/a www.intendministries.org, Intend Ministries, Phillip Jackson, and

G. Allen Jackson, and says:

**ANSWER TO COUNTER-CLAIM**

1.      Plaintiff admits Paragraph 1 for jurisdictional purposes only.

2.      Plaintiff admits Paragraph 2 for jurisdictional purposes only.

3.      Plaintiff admits Paragraph 3 for jurisdictional purposes only.

4.      Plaintiff admits Paragraph 4 for jurisdictional purposes only.

5.      Plaintiff admits Paragraph 5.

6.      Plaintiff admits Paragraph 6.

7.      Plaintiff admits Paragraph 7.

8.      As to Paragraph 8, Plaintiff admits that Defendants deny Plaintiff's allegations regarding the validity of the "marks."

9.      Plaintiff denies Paragraph 9.

10.     Plaintiff denies Paragraph 10.

11.     Plaintiff denies Paragraph 11.

12.     Plaintiff denies Paragraph 12.

13.     Plaintiff denies Paragraph 13.

14.     Plaintiff denies Paragraph 14.

15.     Plaintiff denies Paragraph 15.

16.     Plaintiff denies Paragraph 16.

17.     Plaintiff denies Paragraph 17.

## **COUNT I**

18.     Plaintiff admits and denies Paragraph 18 to the same extent as all preceding paragraphs incorporated therein by reference.

19.     Plaintiff denies Paragraph 19.

20.     Plaintiff denies Paragraph 20.

21.     Plaintiff denies Paragraph 21.

22.     Plaintiff denies Paragraph 22 insofar as there is no credible controversy that requires a declaration.

## **COUNT II**

23.     Plaintiff admits and denies Paragraph 23 to the same extent as all preceding paragraphs incorporated therein by reference.

24.     Plaintiff denies Paragraph 24.

2

25.    Plaintiff denies Paragraph 25.

26.    Plaintiff denies Paragraph 26.

27.    Plaintiff denies Paragraph 27 insofar as there is no credible controversy that requires a declaration.

28.    Plaintiff denies Paragraph 28.

## GENERAL DENIAL

Plaintiff generally denies all allegations not specifically admitted above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF registrants.

/s/ Tucker H. Byrd
**TUCKER H. BYRD**
Florida Bar No. 381632
**BYRD TRIAL GROUP**
**Tucker H. Byrd & Associates, P.A.**
180 North Park Avenue, Suite 2A
Winter Park, FL 32789
(407) 749-0777
TByrd@ByrdTrialGroup.com

/s/ John R. Zoesch III
**J. NIXON DANIEL, III**
Florida Bar No. 228761
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
**Beggs & Lane R.L.L.P.**
P.O. Box 12950
Pensacola, FL 32591-2950
(850) 432-2451
jnd@beggslane.com
jrz@beggslane.com

*Attorneys for Plaintiff*

3