**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO:  6:14-cv-00947-CEM-TBS**

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,

  Plaintiff,

v.

WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, a Tennessee corporation,
d/b/a www.mightymenusa.org,
d/b/a www.intendministries.org,
INTEND MINISTRIES, ANGUS BUCHAN,
PHILLIP JACKSON, and G. ALLEN JACKSON,

  Defendants.
_____/

---

**JOINT NOTICE OF SETTLEMENT**

---

  Pursuant to Local Rule 3.08, the parties provide notice to the Court that the parties have reached an agreement, in principle, to resolve this case.  The parties anticipate that this agreement will be finalized shortly, and that a stipulated dismissal with prejudice of all claims will be filed by the parties shortly thereafter.  The parties request that any interim dismissal of this action by the Court be without prejudice to the parties to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

**Respectfully submitted,**

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**
2908 Poston Avenue
Nashville, TN 37203-1312
Telephone:  (615) 320-3225
Facsimile:  (615) 320-3244

By      */s/ Matthew C. Pietsch*
          L. Gino Marchetti, Jr.
          Tn. Bar. No.: 005562
          Admitted *Pro Hac Vice*
          gmarchetti@tpmblaw.com
          Matthew C. Pietsch
          Tn. Bar No.: 024659
          Admitted *Pro Hac Vice*
          mpietsch@tpmblaw.com

and

**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-4332
Telephone:  (305) 704-5940
Facsimile:  (305) 704-5955

          Richard M. Dunn
          Fla. Bar. No.: 126953
          rdunn@cozen.com
          Raquel Fernandez
          Fla. Bar. No.: 55069
          rfernandez@cozen.com

*Counsel for Defendants*

2

*/s/ Tucker H. Byrd (with permission by M. Pietsch)*
**TUCKER H. BYRD**
Florida Bar No. 381632
**BYRD TRIAL GROUP**
**Tucker H. Byrd & Associates, P.A.**
180 North Park Avenue, Suite 2A
Winter Park, FL 32789
(407) 749-0777
TByrd@ByrdTrialGroup.com

and

**J. NIXON DANIEL, III**
Florida Bar No. 228761
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
**Beggs & Lane R.L.L.P.**
P.O. Box 12950
Pensacola, FL 32591-2950
(850) 432-2451
jnd@beggslane.com
jrz@beggslane.com

*Counsel for Plaintiff*

3