UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MIGHTY MEN OF GOD, INC.,**

        **Plaintiff,**

v.                                  **Case No:  6:14-cv-947-Orl-41TBS**

**WORLD OUTREACH CHURCH OF
MURFREESBORO TENNESSEE,
INCORPORATED, INTEND
MINISTRIES, ANGUS BUCHAN,
PHILLIP JACKSON and G. ALLEN
JACKSON,**

        **Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on the Joint Notice of Settlement (Doc. 35), wherein the parties have advised the Court that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on October 26, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record